UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE WORLD TRADE CENTER          :
DISASTER SITE LITIGATION          :
------------------------------------------------------X
DOMINIK DROZDZ AND EWA DROZDZ:
                                  :
       Plaintiffs                 :
                                  :
  V.                              :     **NOTICE OF APPEARANCE**
                                  :
                                  :
111 WALL STREET, LLC, ET. AL.     :     06CV14619
                                  :     ALVIN K. HELLERSTEIN, U.S.D.J.
       Defendants                 :     (21MC102)
                                  :
------------------------------------------------------X

  PLEASE TAKE NOTICE THAT the defendant(s) named below hereby appear in

This action and demand that you serve a copy of the complaint and all notices and other

papers in this action upon the defendant(s) at the address stated below.

Dated: July 12, 2007
       New York, New York

                                        _____
                                        SUZANNE M. HALBARDIER
                                        (SMH-0310)

                                        _____
                                        SHAWNETTE A. FLUITT
                                        BARRY, MCTIERNAN & MOORE
                                        Attorneys for Defendant
                                        SAKELE BROTHERS, LLC
                                        2 Rector Street 14th Floor
                                        New York, NY 10006
                                        (212) 313-3600

To:    Worby, Groner Edelman & Napoli Bern, LLP
       Attorneys for Plaintiffs
       115 Broadway 12th Floor
       New York, NY 10006
       (212) 267-3700