UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
IN RE WORLD TRADE CENTER LOWER         :
MANHATTAN DISASTER SITE LITIGATION     :    21 MC 102 (AKH)
                                       :
                                       :    This order relates to:
                                       :
                                       :    07 Civ. 4516 (AKH)
                                       :    07 Civ. 5300 (AKH)
                                       :    07 Civ. 1530 (AKH)
                                       :    07 Civ. 1659 (AKH)
                                       :    07 Civ. 4477 (AKH)
                                       :    07 Civ. 4467 (AKH)
                                       :    06 Civ. 14619 (AKH)
                                       :    05 Civ. 1785 (AKH)
                                       :    05 Civ. 1104 (AKH)
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

## STIPULATION AND ORDER

By papers dated July 10, 2007, the parties to the nine individual actions listed above stipulate that each claim, cross-claim, and counter-claim asserted by and against defendant AMG REALTY PARTNERS, L.P., only, shall be and hereby are discontinued without prejudice and without costs to any party.

The parties further stipulate and agree that should evidence be discovered throughout the course of the litigation that determines that AMG REALTY PARTNERS, L.P. is a proper party to this suit, that plaintiffs may reinstitute the action without regard to the applicable statute of limitations, assuing the original action was timely commenced.

The stipulations are SO ORDERED.

Dated:    August ___9___, 2007
          New York, New York

                                       _____
                                       ALVIN K. HELLERSTEIN
                                       United States District Judge