UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-------------------------------------------------------------------X
DOMINIK DROZDZ (AND WIFE, EWA DROZDZ),  Case No.:
                                          21 MC 102 (AKH)
                        Plaintiffs,
                                          Docket No.: 06CV14619
        -against-
                                          NOTICE OF ADOPTION OF
111 WALL STREET LLC, ET. AL.,             ANSWER TO MASTER
                                          COMPLAINT
                        Defendant.
See Rider Attached.                       Jury Trial Demanded
-------------------------------------------------------------------X

Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:   New York, New York
         September 12, 2007

                                Yours etc.,

                                CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                Attorneys for Defendants - BOARD OF
                                MANAGERS OF THE HUDSON VIEW EAST
                                CONDOMINIUM, HUDSON VIEW EAST
                                CONDOMINIUM

                                By: _____
                                    Vincent A. Nagler (6400)
                                One Whitehall Street
                                New York, New York 10004
                                (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

**RIDER**

DOMINIK DROZDZ AND EWA DROZDZ,

                          Plaintiffs,

- against -

111 WALL STREET LLC, 230 CENTRAL CO., LLC, AIG REALTY, INC., ALAN KASMAN DBA KASCO, AMERICAN INTERNATIONAL GROUP, INC., AMERICAN INTERNATIONAL REALTY CORP., AMG REALTY PARTNERS, LP, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CITIBANK, NA, CITIGROUP, INC., CUSHMAN & WAKEFIELD 111 WALL, INC., CUSHMAN & WAKEFIELD, INC., DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HUDSON VIEW EASTCONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LIBERTY VIEW ASSOCIATES, L.P., MERRILL LYNCH & CO, INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, ONE WALL STREET HOLDINGS, LLC., RY MANAGEMENT CO., INC., RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, RY MANAGEMENT, SAKELE BROTHERS, L.L.C, STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE OF ZSF/OFFICE NY TRUST, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK COMPANY, INC., THE RELATED COMPANIES, LP, THE RELATED REALTY GROUP, INC., TRIBECA LANDING L.L.C., WESTON SOLUTIONS, INC., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D

HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP TOWER D.
CO., L.P., ET AL

                              Defendants.
_____X