UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER            21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
DOMINIK DROZDZ and wife EWA DROZDZ,

                    Plaintiffs,            Index No.: 06 CV 14619

   -against-

                                         **NOTICE OF**
RELATED BPC ASSOCIATES, INC., RELATED   **APPEARANCE**
MANAGEMENT CO., L.P., THE RELATED
COMPANIES, L.P., THE RELATED REALTY GROUP,  **ELECTRONICALLY**
INC., and LIBERTY VIEW ASSOCIATES, L.P.          **FILED**

                    Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:    New York, New York
             December 10, 2007


                                          LONDON FISCHER LLP

                        By:   _____
                                   Gillian Hines Kost, Esq. (GK-2880)
                                   59 Maiden Lane
                                   New York, New York 10038
                                   Phone: (212) 972-1000
                                   Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K: VGFutterman\WTC-Related\Plaintiff\D.Drozdz\Pleadings\Notice of Appearance.