Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER DISASTER    : 21 MC 102 (AKH)
SITE LITIGATION                        :
:
:
------------------------------------------------------------X
:
DOMINIK DROZDZ (AND WIFE, EWA DROZDZ), : 06-CV-14619 (AKH)
:
                         Plaintiffs,   : **NOTICE OF THE 120 BROADWAY**
                                       : **PARTIES' ADOPTION OF ANSWER**
- against -                            : **TO MASTER COMPLAINT**
:
111 WALL ST. LLC, *et al.*,            :
:
:
                         Defendants.   :
:
------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC (incorrectly sued herein as 120 Broadway Holding, LLC), 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007,

which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
December 21, 2007

                **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
                Attorneys for Defendants The 120 Broadway Parties

                By: _____
                      Thomas A. Egan
                One Liberty Plaza
                New York, New York 10006-1404
                (212) 412-9500